

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00235-CV

### IN THE INTEREST OF J.H., J.H., AND N.R.C., CHILDREN

On Appeal from the
377th District Court of Victoria County, Texas
Trial Court Cause No. 22-08-88894-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. No costs are assessed against either party, as appellant filed an affidavit of inability to pay costs and appellee is exempt from all costs.

We further order this decision certified below for observance.

August 8, 2024